AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:23-mj-00016 |
| DEON CROCKER ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 24, 2023___ in the county of ___Marion___ in the District of ___Oregon___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113(a)(5) | Assault (misdemeanor) |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation (FBI) Special Agent Craig Robinson.

☑ Continued on the attached sheet.

| |
|---|
| /s/ By Phone |
| *Complainant's signature* |
| Craig Robinson, Special Agent, FBI |
| *Printed name and title* |

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:55 a.m./p.m.

Date: January 25, 2023

City and state:      Portland, Oregon

| |
|---|
| *Judge's signature* |
| Hon. Jolie A. Russo, U.S. Magistrate Judge |
| *Printed name and title* |